IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Caputo, Dominic

Printed: 01/29/09

Case Number:  08 B 27728
Judge:  Goldgar, A. Benjamin
Filed:  10/16/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | ECast Settlement Corp | Unsecured | 543.70 | 0.00 |
| 2. | Saxon Mortgage Services Inc | Secured |  | No Claim Filed |
| 3. | Lee Battaglia | Unsecured |  | No Claim Filed |
| 4. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 5. | Washington Mutual | Unsecured |  | No Claim Filed |
| 6. | Visa | Unsecured |  | No Claim Filed |
|  |  |  | $ 543.70 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

